In re: Nancy Elaine YBARRA, Debtor.

**Nancy Elaine Ybarra, Appellant,**

v.

**Rockwell International Corporation, and it's successor Boeing North American, Inc. Appellees.**

No. 00–56221.
BAP No. CC–00–01179–PMoK.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 15, 2001.*

Decided Oct. 24, 2001.

Before REINHARDT, GRABER, and BERZON, Circuit Judges.

MEMORANDUM**

Nancy Elaine Ybarra appeals the Bankruptcy Appellate Panel's ("BAP") order dismissing her appeal from the bankruptcy court's decision denying her "Motion to Reopen Time for Appeal" pursuant to Federal Rule of Appellate Procedure 4. We have jurisdiction pursuant to 28 U.S.C. § 158(d). We review de novo the BAP's determination regarding jurisdiction,

---

* Because we unanimously find this case suitable for decision without oral argument, we deny Ybarra's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

*Paulman v. Gateway Venture Partners III, L.P. (In re Filtercorp, Inc.),* 163 F.3d 570, 576 (9th Cir.1998), and we affirm.

■ Because Ybarra's Motion to Reopen Time for Appeal was not filed within thirty days of entry of the bankruptcy court's order, the BAP properly dismissed her appeal. *See* Fed. R. Bankr.P. 8002(c)(2).

■ We reject Ybarra's contention that Federal Rule of Appellate Procedure 4 applies to a motion to extend the time period for appealing an order of the bankruptcy court to the BAP. The Federal Rules of Appellate Procedure "govern procedure in the United States courts of appeals." FRAP 1(a).

Appellee's request for costs shall be submitted in accordance with Ninth Cir. Rule 39–1.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Huggins' request for oral argument is denied.

** This disposition is not appropriate for publi-